## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JESSE MARTINEZ,

      **Plaintiff,**

vs.                                          **Cause No. 1:09-cv-988 RB/DJS**

**CORRECTIONAL HEALTHCARE and
JOYCE CULLIVER aka Joyce Garcia,**

      **Defendants.**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND
### RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the *Magistrate Judge's Proposed Findings and Recommended Disposition* [Doc. 23], filed August 18, 2010. Plaintiff has not filed objections, and the time to do so has expired. After conducting a *de novo* review of the Magistrate Judge's report, the record, and the relevant legal authorities, the Court adopts the *Magistrate Judge's Proposed Findings and Recommended Disposition*.

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS FURTHER ORDERED** that *Defendant Correctional Healthcare Management Inc.'s Motion to Dismiss Plaintiff's Amended* [sic] *Prisoner Complaint* [Doc. 16], filed May 5, 2010, is **GRANTED** and Plaintiff's claims against Defendant Correctional Healthcare Management, Inc., incorrectly identified as "Correctional Healthcare" are hereby dismissed.

_____
**ROBERT BRACK
UNITED STATES DISTRICT JUDGE**