IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE MARTINEZ,

    Plaintiff,

vs.                                         Cause No. 1:09-cv-988 RB/DJS

**CORRECTIONAL HEALTHCARE and**
**JOYCE CULLIVER aka Joyce Garcia,**

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the *Magistrate Judge's Proposed Findings and Recommended Disposition* [Doc. 28], filed November 18, 2010. Plaintiff has not filed objections, and the time to do so has expired. After conducting a *de novo* review of the Magistrate Judge's report, the record, and the relevant legal authorities, the Court adopts the *Magistrate Judge's Proposed Findings and Recommended Disposition*.

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS FURTHER ORDERED** that the Prisoner's Civil Rights Complaint [Doc. 5], filed October 13, 2009, is **DISMISSED with prejudice**.

_____
ROBERT BRACK
UNITED STATES DISTRICT JUDGE